1 Marc Days, CA Bar #184098
Days Law Firm
2 2300 Tulare Street, Suite 240
Fresno, California 93721
3 Telephone: (559) 708-4844
Fax: (559) 486-1826
4 Email: marcdays@dayslawfirm.com

5 Attorney for Defendant
TRAVIS LOOMIS
6

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,            Case No.: 6:15-mj-060 MJS

13 |            Plaintiff,                STIPULATION TO CONTINUE INITIAL
                                          APPEARANCE:  ORDER
14 |     v.

15 | TRAVIS LOOMIS
                                          Date:   September 22, 2015
16 |            Defendant.                Time:   9:00 a.m.
                                          Judge:  Hon. Michael J. Seng

17

18    **IT IS HEREBY STIPULATED** by and between the parties through their respective

19 counsel, Acting Legal Officer Mathew McNease, counsel for plaintiff, and Marc Days, counsel

20 for defendant TRAVIS LOOMIS, that defendant's Initial Appearance set for September 1, 2015,

21 at 9:00 a.m., may be continued to September 22, 2015, at 9:00 a.m.

22    Defendant resides in San Diego County.  The requested continuance is necessary to allow

23 the defense time to obtain and review discovery, enter into plea negotiations, and possibly

24 resolve the matter at the earliest possible stage.  Defense counsel has been in contact with the

25 government and understands that discovery and an offer will be provided to the defense by

26 August 21, 2015.  In addition, Defense counsel is unavailable during the time currently set for

27 the Initial Appearance.  Defense counsel has a hearing scheduled in Fresno Superior Court on

28

September 1, 2015, at 8:30 a.m.  The requested continuance will conserve time and resources for the Defendant, both counsel, and the court.

Respectfully submitted,

Date:  August 19, 2015        */s/ Matthew McNease*
MATTHEW MC NEASE
Acting Legal Officer
Law Enforcement Office


Date: August 19, 2015         */s/ Marc Days*
MARC DAYS
Attorney for Defendant
TRAVIS LOOMIS


**O R D E R**

Good cause appearing, the above Stipulation to Continue Initial Appearance in Case No. 6:15-mj-060 MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   August 24, 2015            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE